UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

Donald E. Setaro
Elizabeth Neicy Setaro
       Debtor

Case No. 3:10-bk-_____
**Chapter 13 Plan**

1. The future earnings of the debtor are submitted to the supervision and control of the trustee, and the debtor will pay to the Trustee the sum of $266.64 each month for 60 months, commencing October 9, 2010. Unless all allowed claims are paid in full, this Plan shall not be completed in fewer than 36 months from the first payment date.

2. The intent of this plan is to pay unsecured creditors as required by law.

3. From the payments received, the Trustee will make disbursements as follows:
   (a) On allowed claims for expenses of administration required by 11 USC §507 (a)(1) in deferred payments:
      a. The Trustee shall receive, as a commission, 5% of the payments provided in paragraph 1 above;
      b. The unpaid balance of the debtor's attorney fee ($1,769.00) will be paid from the first 7 monthly installments

   (b) On allowed secured claims, which shall be treated as follows:

| Creditor Name | Value of Secured Claim | Minimum Monthly Payment | Adequate Protection? |
| --- | --- | --- | --- |
| BAC HOME LOANS | $233,978 | PAID OUTSIDE OF PLAN | No |
| Bank of America | $6,452.47 | PAID OUTSIDE OF PLAN | No |
| Chase Auto Finance | $14,155.36 | PAID OUTSIDE OF PLAN | No |
| Florida Telco | $0 | Unsecured per 11 U.S.C. 506 | No |
| Westlake | $13,935.56 | PAID OUTSIDE OF PLAN | No |

The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the monthly installments and the interest rates shown above. Secured creditors will retain their liens until their allowed secured claims have been paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of paragraph 2(d). Any regular payment made monthly by the Debtors to the Trustee pre and post confirmation for eventual distribution to a secured creditor shall be deemed paid to that secured creditor as of the date the payment was received by the Trustee pre and post confirmation. In addition, the secured creditors shall not be entitled to accrue interest on the regular monthly payment made by the debtors to the United States Trustee in accordance with the terms of this Plan even if such regular monthly payment under the terms of the Plan deviates from the mortgage payment schedule.

(c) On allowed general unsecured claims. The debtor <u>estimates</u> the general unsecured claims will be paid 15%.

    Any claims filed after the date specified in Bankruptcy Rule 3002(c) shall receive no distribution under this Plan unless specifically provided for above.

4. The date this case was filed will be the effective date of the plan.

5. All property of the estate will re-vest in the debtor upon plan confirmation.

6. All executory contracts not assumed herein, and all executory provisions (including but not limited to advance, penalty and arbitration provisions) of security agreements paid hereby but not expressly assumed, are rejected.

_/s/ Donald E. Setaro_
Donald E. Setaro, Debtor

_/s/ Elizabeth N. Setaro_
Elizabeth Neicy Setaro, Debtor

**September 9, 2010**

/s/ Wendell Finner
Wendell Finner, Fla. Bar. No. 93882
340 3rd Avenue South, Suite A
Jacksonville Beach, FL 32250-6767
(904) 242-7070
(904) 242-7054 fax