UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:                                                                                      *

DONALD E. SETARO

ELIZABETH NEICY SETARO,                                         *        CASE NO. 3:10-BK-8581
          Debtors

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF CONVERSION

The Debtors, by their undersigned counsel, give notice pursuant to 11 U.S.C. 1307(a) and Rule 1017(f)(3) of the Federal Rules of Bankruptcy Procedure that this case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

/s/ Wendell Finner
Wendell Finner, Fla. Bar. No. 93882
340 Third Avenue South, Suite A
Jacksonville Beach, FL  32250-6767
(904) 242-7070
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2011, a copy of the foregoing was sent by electronic mail via the Electronic Case filing system to Douglas Neway, Trustee, P.O. Box 4308, Jacksonville, Florida  32201.

/s/ Wendell Finner