UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
    SETARO, DONALD E,  
    SETARO, ELIZABETH NEICY  
    Debtors.  
_____/

Case No.: 10-08581-3F7

## TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY

The Trustee, Gregory L. Atwater, moves this Court to enter an Order compelling the Debtors to turnover property of the estate and would show:

1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following:

    **2006 Chevrolet Silverado 3500; and**

    **2010 Income Tax Return and Refund (pro-rata)**

2. The property is property which the Trustee may use, sell or lease pursuant to 11 U.S.C. §363.

3. The Debtors are in possession of the property and the Trustee is entitled to turnover of the property pursuant to 11 U.S.C. §542.

Wherefore, the Trustee moves this Court to enter an order granting the Trustee's motion for turnover and directing the Debtors to turnover to the Trustee the referenced property.

Dated: May 12, 2011

Gregory L. Atwater  
Florida Bar No. 879134  
Post Office Box 1865  
Orange Park, FL 32067  
(904) 264-2273  
Trustee for the Estate

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, this _12_ day of May, 2011.

Mr. and Mrs. Donald E. Setaro  
Wendell Finner, Esquire  
Gregory L. Atwater, Trustee  
Office of the U.S. Trustee

Gregory L. Atwater

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
SETARO, DONALD E,  
SETARO, ELIZABETH NEICY,  
    Debtors.

Case No.: 10-08581-3F7

## NOTICE OF PRELIMINARY HEARING ON TRUSTEE'S MOTION FOR TURNOVER

**NOTICE IS GIVEN** that a preliminary hearing in this case will be held in Courtroom 4D, U.S. Courthouse, 300 North Hogan Street, 4th Floor, Jacksonville, Florida 32202 on **Wednesday, July 6, 2011 at 1:30 PM** to consider and act upon the following matter:

TRUSTEE'S MOTION FOR TURNOVER OF
BANKRUPTCY ESTATE'S PORTION OF THE 2010 INCOME TAX REFUND AND
2006 CHEVROLET SILVERADO 3500

and transact such other business as may properly come before the hearing.

1. **Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

2. The hearing may be continued upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated: May 12, 2011

Gregory L. Atwater
Florida Bar No. 879134
Post Office Box 1865
Orange Park, FL 32067
(904) 264-2273
(904) 264-4316 (fax)
Trustee for the Estate

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, this 12 day of May, 2011:

Mr. and Mrs. Donald E. Setaro
Wendell Finner, Esquire
Gregory L. Atwater, Trustee
Office of the U.S. Trustee

Gregory L. Atwater