```
                              United States Bankruptcy Court
                                Middle District of Florida
In re:                                                                  Case No. 10-08581-JAF
Donald E Setaro                                                         Chapter 7
Elizabeth Neicy Setaro
        Debtors                     CERTIFICATE OF NOTICE
District/off: 113A-3          User: randog                Page 1 of 2               Date Rcvd: Sep 14, 2011
                              Form ID: B18J              Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2011.
db/jdb       +Donald E Setaro,   Elizabeth Neicy Setaro,    1123 17th Street North,
               Jacksonville Beach, FL 32250-2871
aty          +Becket & Lee LLP,   Alane Ann Becket,    16 General Warren Blvd.,   P. O. Box 3001,
               Malvern, PA 19355-0701
cr           +121 Financial Credit Union f/k/a Florida Telco Cre,    c/o Hiday & Ricke, P.A.,   P.O. Box 550858,
               Jacksonville, FL 32255-0858,    UNITED STATES
19378263     +121 Financial Credit Union,    f/k/a Florida Telco Credit Union,   c/o Hiday & Ricke, P.A.,
               P.O. Box 550858,   Jacksonville, FL 32255-0858
20718030      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
19166154      BAC Home Loans,   P.O. Box 5170,   Simi Valley, CA 93062-5170
19166156      Bank of America Equity Loan,    P.O. Box 5170,   Simi Valley, CA 93062-5170
19166157      Bray & Lundsford,   P.O. Box 53197,   Jacksonville, FL 32201-3197
19693664     +CANDICA L.L.C.,   C O Weinstein And Riley, PS,   2001 Western Avenue, Ste 400,
               Seattle, Wa 98121-3132
19166158     +Capital One,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
19166161     +Chase Auto Finance,   P.O. Box 901076,   Fort Worth, TX 76101-2076
19166162     +Enhanced Recovery Corp,   P.O. Box 1967,   Southgate, MI 48195-0967
19166165      GE Money Bank,   P.O. Box 103104,   Marietta, GA 30067
19166166     +Genpact Services LLC,   P.O. Box 1969,   Southgate, MI 48195-0969
19166167     +Hilay & Ricke. P.A.,   Post Office Box 550858,   Jacksonville, FL 32255-0858
19259316      JPMORGAN CHASE BANK, NA,   CHASE AUTO FINANCE,   PO BOX 901032,   FT WORTH, TX 76101-2032
19166168     +Leading Edge,   5440 N Cumberland Avenue Ste,   Chicago, IL 60656-1486
19166170     +NCC Business Services, Inc.,   3733 University Blv W,    Suite 300,   Jacksonville, FL 32217-2103
19166171     +NES co Bank of America,    29125 Solon Road,   Solon, OH 44139-3442
19166172     +Northland Group co Sears,    P.O. Box 390905,   Minneapolis, MN 55439-0905
19166173      Plaza Associates,   P.O. Box 117788,   Hauppauge, NY 11788
19166174     +RBS,   P.O. Box 42010,   Providence, RI 02940-2010
19194624     +RBS Citizens Bank,    480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
19166175     +Richard Boudreau & Assocates,    5 Industrial Way,   Salem, NH 03079-4890
19166180     +United States Attorney,    300 North Hogan St Suite 700,    Jacksonville, FL 32202-4204
19166178     +United States Attorney,    300 North Hogan Street, Room 700,    Jacksonville FL 32202-4204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +EDI: BL-BECKET.COM Sep 15 2011 01:48:00      Becket & Lee LLP,   Alane Ann Becket,
               16 General Warren Blvd.,   P. O. Box 3001,   Malvern, PA 19355-0701
tr           +EDI: BGLATWATER.COM Sep 15 2011 01:48:00      Gregory L. Atwater,   P.O. Box 1865,
               Orange Park, FL 32067-1865
cr           +EDI: PRA.COM Sep 15 2011 01:48:00      PRA Receivables Management LLC,   POB 41067,
               Norfolk, VA 23541-1067
19195720      E-mail/Text: bankruptcy@121fcu.org Sep 15 2011 03:42:04      121 Financial Credit Union,
               PO Box 16688,   Jacksonville, FL 32245
20366646      EDI: AIS.COM Sep 15 2011 01:48:00      American InfoSource LP as agent for,
               Citibank (South Dakota) N.A.,   PO Box 248840,   Oklahoma City, OK  73124-8840
19166155     +EDI: BANKAMER.COM Sep 15 2011 01:48:00      Bank of America,   P.O.15026,
               Wilmington, DE 19850-5026
19166160     +EDI: CHASE.COM Sep 15 2011 01:48:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19166159     +EDI: CHASE.COM Sep 15 2011 01:48:00      Chase,   P.O. Box 15678,   Wilmington, DE 19850-5678
19364492     +EDI: BANKAMER.COM Sep 15 2011 01:48:00      Fia Card Services, NA As Successor In Interest to,
               Bank of America NA and Mbna America Bank,   1000 Samoset Drive,   DE5-023-03-03,
               Newark, DE 19713-6000
19166179      EDI: FLDEPREV.COM Sep 15 2011 01:48:00      Florida Dept. of Revenue,   Bankruptcy Unit,
               P.O. Box 6668,   Tallahassee, FL 32314-6668
19166163     +E-mail/Text: bankruptcy@121fcu.org Sep 15 2011 03:42:04      Florida Telco,   P.O. Box 16688,
               Jacksonville, FL 32245-6688
19166164      EDI: RMSC.COM Sep 15 2011 01:48:00      GE Money Bank,   P.O. Box 981127,   El Paso, TX 79998-1127
19887695      EDI: RMSC.COM Sep 15 2011 01:48:00      GE Money Bank,   c/o Recovery Management Systems Corporat,
               25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
19166181      EDI: IRS.COM Sep 15 2011 01:48:00      Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA  19114
19166168     +EDI: LEADINGEDGE.COM Sep 15 2011 01:48:00      Leading Edge,   5440 N Cumberland Avenue Ste,
               Chicago, IL 60656-1486
19166169     +EDI: MID8.COM Sep 15 2011 01:48:00      Midland Credit Management,   P.O. Box 1259,
               Oaks, PA 19456-1259
19388388     +E-mail/Text: bknotice@ncmllc.com Sep 15 2011 03:22:15      National Capital Management, LLC.,
               8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
20092747      EDI: PRA.COM Sep 15 2011 01:48:00      Portfolio Recovery Associates, LLC.,   P.O. Box 41067,
               Norfolk, VA 23541
19166176      EDI: SEARS.COM Sep 15 2011 01:48:00      Sears Card,   P.O Box 6924,   The Lakes, NV 88901-6924
19166177      E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 15 2011 03:24:03      WestLake,
               P.O. Box 54807,   Los Angeles, CA 90054-0807
20046054      EDI: ECAST.COM Sep 15 2011 01:48:00      eCAST Settlement Corporation,   POB 29262,
               New York NY 10087-9262
```

```
District/off: 113A-3          User: randog              Page 2 of 2              Date Rcvd: Sep 14, 2011
                              Form ID: B18J             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

                                                                                                                                                                                   TOTAL: 21

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
              Oklahoma City, OK   73124-8840
cr*          eCAST Settlement Corporation,    POB 29262,    New York, NY   10087-9262
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2011**                              **Signature:** _/s/ Joseph Speetjens_

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 3:10–bk–08581–JAF

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Donald E Setaro                                    Elizabeth Neicy Setaro
  1123 17th Street North                          1123 17th Street North
  Jacksonville Beach, FL 32250             Jacksonville Beach, FL 32250

Social Security No.:
  xxx–xx–3768                                           xxx–xx–9172

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                            BY THE COURT

Dated: September 14, 2011          _____
                                               Jerry A. Funk
                                               United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**